UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number: _____

__Lance Stevenson__
(Write the full name of the plaintiff)

vs. "Armor Correctional Health Et Al"
_____

cat / div __1983/FTL__
Case # __12cv60494__
Judge __KMW__ Mag __PAW__
Motn Ifp __Yes__ Fee pd $ __No__
Receipt # _____

(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: __Lance Stevenson__

Address: __Joseph P. Conte Facility P.O.B. 407016__

Inmate/Prison No.: __251/01172__

Year of Birth: __1955__ (Do *not* include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: __Armor Correctional Health__   Defendant: _____

Official Position: _____   Official Position: _____

Place of Employment: __Broward County Jail__   Place of Employment: _____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I came to Broward County Jail on 11/7/11 with a swollen fractured right hand, also my right knee was tranatized. I have repeatedly asked for treatment for my hand and knee and was ignored. I also asked for a cane and was refused. My hand healed wrongly due to negligence. I can't properly close my hand or open it up fully without severe pain.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I want outside surgery to correct my right hand, and possible knee surgery, and Armor should pay for it. I would like to be compensated for pain and suffering to the amount of 500,000.00 also they pay all court costs.

_____
_____

### IV. Jury Demand

Are you demanding a jury trial?   ✓ Yes   ___ No

Signed this  13  day of  march , 20 12

_____ Lance Stu_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on:  3/13/2012 

_____ Lance St_____
Signature of Plaintiff

In the United States District Court
For the Southern District of South Florida

Lance Stevenson

v.                               Civil Action No _____

Armor Correctional Health Et all

Pursuant to Rule 34 of the Federal Rules of Civil Procedure Plaintiff requests that Defendents (Armor Correctional Health et all) produce for inspection and copying the following documents

1 Any and all Medical records of Plantiff from the time of his incarceration in Broward County Jail through and including the date of your response to this request.

2 All written Statements, Originals or copies identifiable as reports about the incidents on December 7, 2011 made by Armor Correctional Health employees.

3 Any and all rules, regulation, and policies of Broward County Jail about treatment of Prisoners being booked into the Jail with injuries.

Dated - March 13, 2012

Signed - Lance Stevenson

Lance Stevenson 251101172
P.O. Box 407016
Ft. Lauderdale, Florida
33340-7016

United States District Court Clerks Office
299 East Broward Boulevard, Room 108
Fort Lauderdale, Florida
33301